**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| GABRIELLE STUVE, JESSICA NICODEMO, LANA MOSKOWITZ, AARON CLARKE, and MICHELLE FRANCIONE, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) | Case No. 1:21-CV-01845 |
| Plaintiffs, | ) ) | The Hon. Rebecca R. Pallmeyer |
| v. | ) ) ) | |
| THE KRAFT HEINZ COMPANY a/k/a KRAFT HEINZ FOODS COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## PLAINTIFFS' AGREED MOTION TO CONSOLIDATE

Plaintiffs Gabrielle Stuve, Jessica Nicodemo, Lana Moskowitz, Aaron Clarke and Michelle Francione ("Plaintiffs"), through their counsel, respectfully move this Court for an order consolidating the recently transferred case, *Tarantino v. Kraft Heinz Co.*, 2:21-cv-4013-JMA-JMW (E.D.N.Y.) (the "*Tarantino* action"), with their case pursuant to Fed. R. Civ. P. 42(a).

In further support, Plaintiffs state as follows:

1.      On May 26, 2022, Judge Azrack of the Southern District of New York transferred the *Tarantino* action to the Northern District of Illinois.  *See id.*  Dkt No. 22.

2.      Plaintiffs respectfully submit that the *Tarantino* action should be consolidated into the above-captioned case.

3.      The instant action and the *Tarantino* action involve common questions of law and fact, arise from the same events, name the same Defendant, and will involve the same discovery.

Moreover, consolidation under Rule 42(a) will eliminate the possibility of inconsistent rulings on various motions and will conserve judicial and party resources. Plaintiffs intend to file a consolidated amended complaint that includes Ms. Tarantino as a named plaintiff and thus believe consolidation is appropriate. Accordingly, Plaintiffs submit that consolidation is appropriate.

4. By Order dated October 18, 2021, this Court granted Plaintiffs' unopposed motion to stay this case pending the transfer ruling in *Tarantino*. *See* Dkt. No. 38. Plaintiffs believe that this consolidation of *Tarantino* is appropriate at this time so that all related matters will be properly before this Court.

5. Plaintiffs' counsel has conferred with Defendant's counsel who agrees to the relief requested herein. Plaintiffs' counsel has also conferred with counsel for the plaintiff in the *Tarantino* action, who also agrees to the relief requested herein.

WHEREFORE, Plaintiffs respectfully request the Court grant Plaintiffs' motion to consolidate the *Tarantino* action.

Dated: June 23, 2022                                    Respectfully submitted,

*/s/ Katrina Carroll*
Katrina Carroll, Esq.
**LYNCH CARPENTER LLP**
111 Washington Street, Suite 1240
Chicago, Illinois 60602
Phone: (312) 750-1265
Fax: (773) 598-5609
Email: katrina@lcllp.com

Janine L. Pollack, Esq.
Michael Liskow, Esq.
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas, 9th Floor
New York, New York 10036
Phone: (212) 899-1760
Fax: (332) 206-2073
Email: jpollack@calcaterrapollack.com
Email: mliskow@calcaterrapollack.com

David J. George, Esq.
Brittany Brown, Esq.
**GEORGE GESTEN MCDONALD, PLLC**
9897 Lake Worth Road, Suite 302
Lake Worth, Florida 33467
Phone: (561) 232-6002
Fax: (888) 421-4173
Email: DGeorge@4-justice.com
Email : EService@4-justice.com

Lori G. Feldman, Esq.
**GEORGE GESTEN MCDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Phone: (917) 983-9321
Fax: (888) 421-4173
Email: LFeldman@4-justice.com
Email : EService@4-justice.com

Rebecca A. Peterson, Esq.
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, Minnesota 55401
Phone: (612) 339-6900
Fax: (612) 339-0981
Email: rapeterson@locklaw.com

L. Timothy Fisher
**BURSOR & FISHER, P.A.**
1990 North California Blvd.
Suite 940
Walnut Creek, CA 94596
Phone: (925) 300-4455
Fax: (925) 407-2700
Email: ltfisher@bursor.com

*Counsel for Plaintiffs*

Edward L. Manchur
**THE LAW OFFICES OF EDWARD L. MANCHUR, P.C.**
P.O. Box 3156
Peabody, MA 01960
Phone: (978) 333-1013
Email: manchur@gmail.com

*Counsel for Plaintiff Michelle Francione*

**<u>CERTIFICATE OF SERVICE</u>**

I, Katrina Carroll, hereby certify that on June 23, 2022, a true and correct copy of the

foregoing was served by CM/ECF on all counsel of record.


By: <u>*/s/ Katrina Carroll*</u>