## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Gabrielle Stuve, et al.

                        Plaintiff,

v.                                         Case No.: 1:21−cv−01845
                                              Honorable Rebecca R. Pallmeyer

Kraft Heinz Company, The

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 12, 2024:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: As per the Stipulation of Dismissal with Prejudice [106], and pursuant to Fed.R.Civ.P.41(a)(1)A(ii), this case is dismissed with prejudice as to Plaintiffs' individual claims and without prejudice as to the claims of putative class members, without costs to any party as against the other. All parties shall bear their own attorneys' fees and waive all rights of appeal. Civil case terminated. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.